IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEITH JUDD, | ) | 4:13CV3045 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| BARACK OBAMA, SECRETARY | ) | |
| OF STATE OF NEBRASKA, et al, | ) | |
| and DEMOCRATIC PARTY OF | ) | |
| NEBRASKA, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On March 25, 2013, the court entered a Memorandum and Order requiring Plaintiff to either pay the $350.00 filing fee or submit a prison trust account statement in accordance with 28 U.S.C. § 1915(a)(2). (Filing No. 6.) In doing so, the court warned Plaintiff that failure to comply with the court's Memorandum and Order would result in dismissal of this matter without further notice. (*Id*.)

On April 22, 2013, Plaintiff filed a Motion to Waive Filing Fee.[1] (Filing No. 7.) In the Motion, Plaintiff states that 28 U.S.C. § 1915(a)(2) does not apply to him because he is not appearing in his capacity as a prisoner, but as a "Democratic Candidate for President." (*Id*.) Contrary to Plaintiff's assertion, however, § 1915 applies to prisoners who bring a "civil action." 28 U.S.C. § 1915(a)(2). The record before the court shows that this matter is a civil action and that Plaintiff is currently confined in the Federal Correctional Institute in Texarkana, Texas. (Filing No. 1; Filing No. 7 at CM/ECF pp. 2-3.) Because Plaintiff has not paid the filing fee, and

---

[1]Plaintiff had previously filed a Motion for Waiver of Fees (filing no. 4) which the court liberally construed as a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 6.)

has not submitted a certified trust account statement in accordance with the court's order, this matter is dismissed.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice for failure to pay the court's filing fee and for failure to comply with a court order.

2. All pending motions are denied.

3. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 7th day of May, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

2